UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>V.<br><br>JACKIE B. LOVE,<br>     Defendant. | CRIMINAL NO. 5:19-160-KKC<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on Defendant's motion for bond (DE 21) and United States Magistrate Judge Matthew Stinnett's Recommended Disposition (DE 27).

On April 10, 2020, Judge Stinnett issued a Report and Recommendation recommending that Defendant's motion for bond be denied. (DE 27.) No parties have filed objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and agrees with the analysis therein. Accordingly, the Court, being sufficiently advised, **HEREBY ORDERS** as follows:

(1) Judge Stinnett's Report and Recommendation (DE 27) is **ADOPTED** as the Court's opinion; and

(2) Defendant's motion for bond (DE 21) is **DENIED**.

Dated May 13, 2020.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY